# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CROCKETT,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants.<br>_____ | Case No. CV 12-1741-DOC (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge with the exception that the Court concludes that this case shall be dismissed with prejudice. Given that plaintiff has refused to amend, giving leave to amend would be futile.

1  IT IS THEREFORE ORDERED that Judgment will be entered dismissing the
2 Complaint and this action with prejudice.

4 DATED: June 8, 2012

*David O. Carter*

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE